**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-37099-PSH
§
BILL D TERRY §
MARIA I TERRY §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/10/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/17/2012      By:  /s/ David P. Leibowitz
                                    (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-37099-PSH |
|---|---|---|
| | § | |
| BILL D TERRY | § | |
| MARIA I TERRY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,573.00
*and approved disbursements of*     $2,071.68
*leaving a balance on hand of[1]:*     $3,501.32

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,501.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $877.94 | $0.00 | $877.94 |
| David P. Leibowitz, Trustee Expenses | $5.28 | $0.00 | $5.28 |

Total to be paid for chapter 7 administrative expenses:     $883.22
Remaining balance:     $2,618.10

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   | Remaining balance: | $2,618.10 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $2,618.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,775.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $8,321.63 | $0.00 | $437.70 |
| 2 | GE Money Bank | $3,772.62 | $0.00 | $198.43 |
| 3 | Chase Bank USA, N.A. | $6,163.24 | $0.00 | $324.17 |
| 4 | Chase Bank USA,N.A/ Kohl's Department Stores | $1,917.99 | $0.00 | $100.88 |
| 5 | PYOD LLC its successors and assigns as assignee of/Citibank, NA | $8,165.92 | $0.00 | $429.51 |
| 6 | Sallie Mae | $4,749.08 | $0.00 | $249.79 |
| 7 | Sallie Mae | $8,331.17 | $0.00 | $438.20 |
| 8 | Chase Bank USA NA | $8,354.34 | $0.00 | $439.42 |

|   | Total to be paid to timely general unsecured claims: | $2,618.10 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (5/1/2011)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Bill D Terry  
Maria I Terry  
    Debtors

Case No. 10-37099-PSH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: acox     Page 1 of 2     Date Rcvd: Apr 18, 2012  
                       Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2012.

```
db/jdb        #+Bill D Terry,    Maria I Terry,    2312 N. Newland Ave.,    Chicago, IL 60707-2930
16016195      +Cenlar,    PO Box 211091,    Saint Paul, MN 55121-2491
16016196      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16703352       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
16389213       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16505627      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16016198      +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16016200      +Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
16016204      +Wffinancial,    PO Box 7648,    Boise, ID 83707-1648
16016205      +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16016194      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:15:17      Carecr/gemb,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
16331958       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16016201      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09      Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16337524       E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2012 02:29:33      GE Money Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
16016202      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2012 00:44:03      Kohls,    Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
16016203       E-mail/Text: jdean@oaktrust.com Apr 19 2012 03:13:07      Oak Trust Credit Union,
               1s450 Summit Ave, Ste 290,    Oakbrook Terrace, IL 60181
16524013      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 19 2012 00:41:55
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16529578      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 19 2012 02:29:53      Sallie Mae,
               c/o SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
                                                                                              TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16016197*     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
16016199*     +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16016206*     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: acox                Page 2 of 2            Date Rcvd: Apr 18, 2012
                              Form ID: pdf006           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2012 at the address(es) listed below:

        David P Leibowitz   dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Konstantine T. Sparagis   on behalf of Debtor Bill Terry gsparagi@yahoo.com, mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietroester@msn.com;gus@bestclientinc.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Yanick Polycarpe   on behalf of Creditor Ocwen Loan Servicing, LLC ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 4